# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

147611(33)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN,
        Plaintiff-Appellant,

v

LAURIE BOWERS, CARL BOWERS,
JULIE BOWERS and NICHOLAS BOWERS,
        Defendants-Appellees.

SC: 147611
COA: 311811
Gratiot CC: 11-011662-CK

_____/

       On order of the Court, the motion for reconsideration of this Court's November 27, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



Clerk

p0224